The document below is hereby signed.

Signed: February 23, 2016



_S. Martin Teel, Jr._
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                        )
                             )
SHARRA NEVES CARVALHO,       )   Case No. 15-00646
                             )   (Chapter 7)
          Debtor.            )   Not for publication in
                             )   West's Bankruptcy Reporter.
```

MEMORANDUM DECISION RE AMENDED OBJECTION FILED
BY TEODORA AURELIANA SIMU TO DEBTOR'S CLAIM OF EXEMPTIONS

Teodora Aureliana Simu has filed an amended objection to the debtor's claim of exemptions.  The grounds of objection raised are so plainly without merit that I will overrule the objection without awaiting a response from the debtor.

Simu objects, for example, that the debtor has valued her interest in Elite Insurance & Consulting Services, LLC at only $1.00.  She makes a similar objection regarding the debtor having claimed to own only a one-half interest in a cooperative apartment unit.  Finally, Simu generally complains that the debtor has cheated her and misbehaved in the bankruptcy case.  None of the concerns Simu raises are a basis for disallowing the debtor's exemptions.

First, under *Schwab v. Reilly*, 560 U.S. 770 (2010), a

debtor's exemption in property is limited to the dollar amount claimed to be exempt. Accordingly, only $1.00 of Elite Insurance & Consulting Services, LLC has been exempted, and property not scheduled (the second one-half interest in the cooperative apartment unit) has not been exempted.

Second, under *Law v. Siegel*, 134 S.Ct. 1188 (2014), the court has no authority to disallow exemptions based on misconduct of the debtor in the case.

An order follows.

[Signed and dated above.]

Copies to: Recipients of e-notification of filings.